```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 00174
   RANDALL K SHARPE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7999


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 01/05/2007 and was confirmed 04/02/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was dismissed after confirmation 08/13/2007.
-------------------------------------------------------------------------------
   CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
-------------------------------------------------------------------------------
   LITTON LOAN SERVICING    CURRENT MORTG         .00             .00            .00
   LITTON LOAN SERVICING    MORTGAGE ARRE      640.65             .00         640.65
   PIERCE & ASSOC           NOTICE ONLY    NOT FILED              .00            .00
   CAPITAL ONE              UNSEC W/INTER      965.09             .00            .00
   HSBC NV                  UNSEC W/INTER  NOT FILED              .00            .00
   ISAC                     UNSEC W/INTER     3747.49             .00            .00
   TURBO TITLE LOANS        UNSEC W/INTER      377.27             .00            .00
   JEFFERSON CAPITAL SYSTEM UNSEC W/INTER      430.76             .00            .00
   THOMAS M BRITT           DEBTOR ATTY          .00                             .00
   TOM VAUGHN               TRUSTEE                                           42.35
   DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
   TRUSTEE              683.00

   PRIORITY                                         .00
   SECURED                                       640.65
   UNSECURED                                        .00
   ADMINISTRATIVE                                   .00
   TRUSTEE COMPENSATION                           42.35
   DEBTOR REFUND                                    .00
                       ---------------         ---------------
   TOTALS               683.00                   683.00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 00174 RANDALL K SHARPE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/03/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```